# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMADEU MEMDES SEMEDO,<br><br>      Petitioner,<br><br>v.<br><br>THOMAS M. HODGSON, Sheriff.<br><br>      Respondent. | Civil Action No. 1:19-cv-12067-NMG |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Respondent.

                                            Respectfully submitted,

                                            ANDREW E. LELLING
                                            United States Attorney

                                            */s/ Annapurna Balakrishna*
                                            Annapurna Balakrishna, BBO # 655051
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            1 Courthouse Way, Suite 9200
                                            Boston, MA  02210
                                            Tel.:  617-748-3111
                                            Email: annapurna.balakrishna@usdoj.gov

Dated:  October 25, 2019

## **CERTIFICATE OF SERVICE**

I, Annapurna Balakrishna, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Amadeu Mendes Semedo
#200809789
Bristol County Jail and House of Correction
400 Faunce Corner Road
North Dartmouth, MA  02747

                                                                                    */s/ Annapurna Balakrishna*
                                                                                    Annapurna Balakrishna
Dated: October 25, 2019                                Assistant U.S. Attorney