UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 19-12067-NMG

AMADEAU MENDES SEMEDO

v.

THOMAS M. HODGSON

## ORDER OF DISMISSAL

GORTON, D.J.

    In accordance with the Notice of Release of Petitioner from Detention filed by the Respondent, Thomas H. Hodgson, on 10/31/2019 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Lima
Deputy Clerk

November 6, 2019

To: All Counsel